No. 731. GIANOPULOS *v.* ILLINOIS. Criminal Court of Cook County, Illinois. Certiorari denied. Petitioner *pro se. Daniel P. Ward* and *Elmer C. Kissane* for respondent.

No. 830. STEVENS BROS. FOUNDATION, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *John M. Sullivan* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Gilbert E. Andrews* for respondent.

No. 847. BOYAJIAN, DOING BUSINESS AS PRECISION TESTING LABORATORIES, *v.* OLD COLONY ENVELOPE CO., INC., ET AL. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Eben M. Graves* for respondents.

No. 852. LAMAR, EXECUTRIX, *v.* BOOKWALTER, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *James J. Waters* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Robert N. Anderson* and *Benjamin M. Parker* for respondent.

No. 860. DES PLAINES CURRENCY EXCHANGE, INC., *v.* KNIGHT, DIRECTOR OF FINANCIAL INSTITUTIONS, ET AL. Supreme Court of Illinois. Certiorari denied. *Edward M. White* for petitioner. *Leonard D. Rutstein* for respondent Kane.